SEND —O

FILED
JAN -6 2014
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 08-1459 ABC |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | ) | |
| Anthony Freeman | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other: _____

1

1         and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and

3         convincing evidence that he/she is not likely to pose a danger to the

4         safety of any other person or the community if released under 18 U.S.C.

5         § 3142(b) or (c). This finding is based on the following:

6         (X)   information in the Pretrial Services Report and Recommendation

7         (X)   information in the violation petition and report(s)

8         (X)   the defendant's nonobjection to detention at this time

9         ( )   other: _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

13

14 Dated: January 6, 2014                      _____

15                                                SHERI PYM
                                          United States Magistrate Judge